AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

DELASK PITTMAN,

      Plaintiff,         JUDGMENT IN A CIVIL CASE

V.

       CASE NUMBER: **3:10-CV-00262-RCJ-VPC**

STATE OF NEVADA, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**.


   08/11/2010                                    **LANCE S. WILSON**
                                                                     Clerk


                                                                      /s/ P. McDonald
                                                                       Deputy Clerk